UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| LAURA RODRIGUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:08-cv-273-RLY-WGH |
| ) | |
| PARSONS INFRASTRUCTURE & ) | |
| TECHNOLOGY GROUP, INC., and ) | |
| SHAW ENVIRONMENTAL AND ) | |
| INFRASTRUCTURE, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON *IN CAMERA* INSPECTION
## AND PROTECTIVE ORDER

This matter is before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, upon Defendant Parsons' Motion for *In Camera* Inspection and Protective Order filed July 10, 2009. (Docket No. 53). Plaintiff filed her Response to that motion on July 22, 2009. (Docket No. 54). The Magistrate Judge granted Defendant Parsons' Motion for *In Camera* Inspection on July 28, 2009. (Docket No. 55). The Magistrate Judge received and reviewed the *in camera* submission on August 3, 2009. Defendant Parson's Reply in Support of Protective Order Following *In Camera* Inspection was filed on August 3, 2009. (Docket No. 57).

The Magistrate Judge, being duly advised, now **GRANTS** Defendant Parsons' Motion for Protective Order.

Defendant Parsons Infrastructure & Technology Group, Inc. ("Parsons") has a contract with the U.S. Army to design, build, and operate the Newport Chemical Agent Disposal Facility ("NECDF") in Newport, Indiana.  Alion Science and Technology Corporation ("Alion") is a former subcontractor of Parsons for the NECDF project.

In 2007, Parsons did not enter into a new subcontract with Alion, and Alion subsequently filed a lawsuit against Parsons in the Superior Court of California, County of Los Angeles (the "California lawsuit").

Plaintiff, Laura Rodriguez, is a former employee of Alion, and her lawsuit alleges that Parsons and Shaw Environmental and Infrastructure, Inc. ("Shaw") tortuously interfered with plaintiff's employment relationship with Alion. Counsel for plaintiff has indicated a desire to conduct discovery regarding the terms of the settlement of the California lawsuit.

The Magistrate Judge has reviewed *in camera* the confidential settlement agreement and finds that it does not specifically name the plaintiff or specifically address any of the allegations found in paragraphs 62 and 63 of the Complaint referred to by the plaintiff.  The settlement agreement addresses only the mechanism under which the parties will resolve disputed payments under a series of three related subcontracts between Alion and Parsons to determine rates applicable to subcontracts for fiscal years 2004 through 2008.  The settlement agreement provides for prospective resolution of disputed claims and does not appear on its face to be anything other than a resolution of disputed claims.

The Magistrate Judge concludes that the document does not provide relevant information for plaintiff's claims against Parsons or Shaw that they have in some manner intentionally interfered with her business relationship. The Motion for Protective Order is, therefore, **GRANTED,** and plaintiff is not entitled to a copy of the settlement agreement or to testimony from Parsons' witnesses concerning the precise terms of the settlement.

**SO ORDERED.**

**Dated:** August 19, 2009

                                                William G. Hussmann, Jr.
                                                United States Magistrate Judge
                                                Southern District of Indiana

**Electronic copies to:**

Robert F. Hunt
HUNT HASSLER & LORENZ LLP
hunt@huntlawfirm.net

Jan S. Michelsen
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
jan.michelsen@odnss.com

Steven F. Pockrass
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
steven.pockrass@ogletreedeakins.com

Candace S. Walker
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
candace.walker@odnss.com