UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| LAURA RODRIQUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:08-cv-273-RLY-WGH |
| | ) | |
| PARSONS INFRASTRUCTURE & | ) | |
| TECHNOLOGY GROUP, INC., and | ) | |
| SHAW ENVIRONMENTAL AND | ) | |
| INFRASTRUCTURE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTIONS TO QUASH SUBPOENA
AND FOR PROTECTIVE ORDER**

This matter came before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, on Defendant Parsons Infrastructure & Technology Group, Inc.'s Motion to Quash Subpoena and for Protective Order filed May 17, 2010 (Docket Nos. 105-07), and Defendant Shaw Environmental and Infrastructure, Inc.'s Motion to Quash Subpoena and for Protective Order filed May 19, 2010 (Docket Nos. 110-12). A telephonic hearing was held on May 21, 2010, at 4:00 p.m. (EDT). Plaintiff was represented by counsel, Robert F. Hunt. Defendant Parsons Infrastructure & Technology Group was represented by counsel, Steven F. Pockrass.

The Magistrate Judge, being duly advised, enters the following orders:

1. Mr. Hunt has agreed to voluntarily withdraw the Subpoenas for the depositions of Mr. Pockrass and Ms. Michelsen. He shall next file his response

to the Motion for Sanctions. The Magistrate Judge has concluded that, based upon defendant Shaw Environmental and Infrastructure, Inc.'s Verified Motion for Sanctions (Docket No. 95), Mr. Hunt must respond first without conducting discovery of the opposing party's files or billing practices. This is because the motion, as it has currently been filed, does not state with any specificity a particular demand for attorney's fees and costs in a manner in which Mr. Hunt can reasonably be expected to respond. The Magistrate Judge anticipates issuing a ruling as to whether sanctions are warranted under Federal Rule of Civil Procedure 11 or under 28 U.S.C. § 1927. If it is recommended that such sanctions issue, a second set of briefs will address the appropriate amount of sanctions. Should the court determine that sanctions are necessary and that the appropriate amount of sanctions must be established, the court will then consider whether Mr. Hunt may be entitled to resubmit subpoenas. If such subpoenas must be resubmitted, Mr. Hunt is cautioned that they not seek items that are clearly attorney-client privilege or work product. The court represented to Mr. Hunt that should Shaw Environmental and Infrastructure's counsel seek specific amounts of sanctions in its reply brief, then Mr. Hunt may be entitled to further discovery and a surreply brief.

    2. Mr. Pockrass raised the issue of whether sanctions should be entitled to be asserted for the time the defendants have incurred in filing the motions to quash. The Magistrate Judge advised Mr. Pockrass that, because of ongoing litigation between Ms. Rodriguez and Parsons Infrastructure & Technology

Group in this case, he is entitled to choose to file such a request within fifteen (15) days of the date of this order, or in the alternative, he may wait to file such a request until ten (10) days after final judgment has been entered in this case in the district court.  Any request which Shaw Environmental and Infrastructure may have for fees incurred in filing its Motion to Quash Subpoena and for Protective Order may be incorporated into any final request for fees under their Verified Motion for Sanctions (Docket No. 95), or they may be submitted as a separate motion within ten (10) days after any ruling with respect to the Verified Motion for Sanctions (Docket No. 95), if the court has concluded that no sanctions are warranted under Rule 11 or § 1927.

Therefore, both Motions to Quash Subpoena and for Protective Order are **DENIED** at this time, because the Subpoenas are being withdrawn.

**SO ORDERED.**

**Entered:**  June 3, 2010

William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Electronic copies to:**

Robert F. Hunt
HUNT HASSLER & LORENZ LLP
hunt@huntlawfirm.net

Kristin B. Keltner
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
kristin.keltner@odnss.com

-4-

Jan S. Michelsen
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
jan.michelsen@odnss.com

Steven F. Pockrass
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
steven.pockrass@ogletreedeakins.com

Candace S. Walker
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
candace.walker@odnss.com